**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000594
02-APR-2025
08:23 AM
Dkt. 44 OAWST**

NO. CAAP-24-0000594

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
ANTHONY KAHIOKALA HATORI, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-21-0000956)

ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Leonard, Acting Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of Defendant-Appellant Anthony Kahiokala Hatori's March 18, 2025 Motion to Withdraw Appeal (**Motion**), the papers in support, the record, and there being no opposition, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, April 2, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge